# Order

Michigan Supreme Court
Lansing, Michigan

April 3, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160979

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* VUOCOLO, Minors.

SC: 160979
COA: 349238
Arenac CC Family Div:
18-013862-NA

_____/

On order of the Court, the application for leave to appeal the January 23, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2020



b0331

Clerk